1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
3  NKIA RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
4  200 East Santa Clara Street
   San José, California  95113-1905
5  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
6  E-Mail Address:  cao.main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA
8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA,

11                                SAN JOSE DIVISION

12

13 | KENNETH GRASON, Individually,              | Case Number:  C07-03687 PVT
14 |                   Plaintiff,               | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
15 |             v.                             |
16 | CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally, |
17 |                                            |
18 |                                            |
19 |                   Defendants.              |
20

21         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22         The undersigned parties in the above-captioned civil matter hereby decline to

23 / / / / /

24 / / / / /

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

                                            1

1 consent to the assignment of this case to a United States Magistrate Judge for trial and
2 disposition and hereby request the reassignment of this case to a United States District
3 Judge.

                                        Respectfully submitted,

Dated: October 3, 2007                RICHARD DOYLE, City Attorney

                                        By:        /S/
                                                 MICHAEL J. DODSON
                                                 Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA