UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH GRASON, Individually,

                Plaintiff(s),

        v.

CITY OF SAN JOSE, et al.

                Defendant(s).
_____/

CASE NO. C07-03687 PVT

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   October 22, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael J. Dodson | Defendants City of San Jose, Robert Davis & Officer Vida | (408) 535-1902 | cao.main@sanjoseca.gov |
| Michael J. Haddad | Plaintiff Kenneth Grason | (510) 452-5500 | haddad.sherwin@sbcglobal.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/10/07                                             /S/
                                                              Attorney for Plaintiff

Dated: 10/10/07                                             /S/
                                                             Attorney for Defendant

Rev 12.05