Michael J. Haddad, Attorney (#189114)
Julia Sherwin, Attorney (#189268)
Haddad & Sherwin
505 Seventeenth Street
Oakland, California  94612
Telephone Number:  (510) 452-5500
Facsimile Number:  (510) 452-5510
E-Mail Address:  haddad.sherwin@sbcglobal.net

Attorney for Plaintiff, KENNETH GRASON

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
NKIA RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GRASON, Individually,<br><br>          Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally,<br><br>          Defendants. | Case Number:  C07-03687 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:        October 22, 2007<br>Time:       10:00 a.m.<br>Courtroom:  8<br>Judge:     Hon. James Ware |

     The parties to the above-entitled action jointly submit this Case Management

Statement and Proposed Order and request the Court to adopt it as its Case Management

Order in this case.

/ / / / /

## DESCRIPTION OF THE CASE

**1.    A brief description of the events underlying the action:**

Plaintiff Kenneth Grason ("Grason") alleges that on July 14, 2006 at approximately 9:30 p.m. he was walking in the area of the San Jose International Airport.  He further alleges that at that time he was under a physician's care for schizophrenia and that he was disabled and in need of medical care and assistance.  Plaintiff further alleges that he encountered Defendant San Jose Police Officer Vida ("Vida") who allegedly failed to use appropriate procedures and tactics in his interaction with the Plaintiff.

Plaintiff further alleges that additional San Jose Police Officers arrived to assist Vida and that all of the officers used excessive force in their interaction with him including striking is legs with batons as well as other tactics which allegedly resulted in multiple leg fractures, contusions and sprains.  As a result of this conduct, Plaintiff alleges that his civil rights were violated under 42 USC section 1983.  He also asserts other federal and state causes of action against the City, its Police Chief Robert Davis, and Vida.

Defendants acknowledge the interaction with Plaintiff but assert that all times appropriate police tactics and procedures were used, and that any force that was used was reasonable and appropriate under the circumstances and was necessary to overcome the aggressive actions and resistance on the part of the Plaintiff.

**2.    The principal factual issues which the parties dispute:**

      A.    Whether Any Of The Defendants Violated Plaintiff's Civil Rights

      B.    Whether Plaintiff Actively Resisted And/Or Ignored The Directions From Any Of The Police Officers.

      C.    Whether The Force Used By Any Officer Was Necessary And Reasonable Under The Circumstances.

      D.    The Nature And Extend Of Plaintiff's Claimed Damages

**3.    The principal legal issues which the parties dispute:**

      A.    Whether Any Individual Defendant Has Absolute Or Qualified Immunity

1         B.     Whether Plaintiff Properly Alleges A *Monell* Claim Against The City Of San

2              Jose

3  **4.**     **The other factual issues which remain unresolved for the reason stated below**

4         **and how the parties propose to resolve those issues:**

5         None.

6  **5.**     **The parties which have not been served and the reason**:

7         None.

8  **6.**     **The additional parties which the below-specified parties intend to join and the**

9         **intended time for such joinder:**

10         Plaintiff may seek to add defendants once Plaintiff's counsel has had an opportunity

11  to review Defendants' police reports and disclosures, since at this time, Plaintiff does not

12  know the identity of other officers who participated in the incident.

13  **7.**     **The following parties consent to assignment of this case to a United States**

14         **Magistrate Judge for trial:**

15         Defendants do not consent to assignment of this case to a United States Magistrate

16  Judge and have filed a Declination to Proceed Before a Magistrate Judge.

17                     **<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

18  **8.**     **The parties have filed a Notice of Need for ADR Phone Conference and the**

19         **phone conference is scheduled for <u>October 16, 2007 at 9:30 a.m.</u>**

20  **9.**     **Please indicate any other information regarding ADR process or deadline:**

21         None.

22                            **<u>DISCLOSURES</u>**

23  **10.**    **The parties certify that they have made their initial disclosures pursuant to**

24         **agreement on October 19, 2007.**

25                             **<u>DISCOVERY</u>**

26  **11**.     **The parties agree to the following discovery plan:**

27         A.     Discovery to be conducted pursuant to the Federal Rules of Civil Procedure.

28

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER          442518
Case No. C-07-03687 JW

B.   The parties agree that all fact discovery shall be completed by March 31, 2008.

C.   On or before April 14, 2008, Plaintiff shall disclose experts pursuant to F.R.C.P. 26.

D.   On or before April 28, 2008, Defendants shall disclose experts pursuant to F.R.C.P. 26.

E.   All expert discovery shall be completed by June 30, 2008.

F.   Dispositive Motion filing deadline:  April 1, 2008.

## TRIAL SCHEDULE

**12.   The parties request a trial date as follows:**

August, 2008

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER                    442518
Case No. C-07-03687 JW

**13.    The Parties expect that the trial will last for the following number of days:**

Five (5) days.

**14.    The parties request a jury trial.**

Dated:  October 15, 2007                              Respectfully submitted,


                                                                         /S/
                                                    _____
                                                         MICHAEL J. HADDAD
                                                         Attorney

                                                    Attorneys for Plaintiff, KENNETH GRASON

Dated:  October 15, 2007                              Respectfully submitted,

                                                    RICHARD DOYLE, City Attorney


                                                    By:  _____
                                                                         /S/
                                                         MICHAEL J. DODSON
                                                         Sr. Deputy City Attorney

                                                    Attorneys for Defendants,
                                                    CITY OF SAN JOSE, ROBERT DAVIS
                                                    and OFFICER VIDA


                          **CASE MANAGEMENT ORDER**

        The Case Management Statement and Proposed Order is hereby adopted by the

Court as the Case Management Order for the case and the parties are ordered to comply

with this Order.


Dated: _____          _____
                                                    HONORABLE JAMES WARE
                                                    United States District Court Judge