MICHAEL J. HADDAD, ESQ. (#189114)
JULIA SHERWIN, ESQ. (#189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Phone: (510) 452-5500
FAX:   (510) 452-5510
email: haddad.sherwin@sbcglobal.net

Attorney for Plaintiff, KENNETH GRASON

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
NKIA RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Phone: (408) 535-1900
FAX:   (408) 998-3131
email: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GRASON, Individually,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally,<br><br>    Defendants. | Case Number: C07-03687 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED COMPLAINT AND CHANGES IN CASE SCHEDULE** |

The parties, by and through their respective counsel, Michael Haddad for Plaintiff Kenneth Grason and Michael Groves for Defendants City of San Jose, Police Chief Robert

Davis and Officer Pierre Vida, stipulate to the following and seek an order from this Court effectuating the stipulation:

**STIPULATION**

**A.    First Amended Complaint**

Plaintiff wishes to file a First Amended Complaint.  Defendants recently provided documents in response to Plaintiff's First Request for Production of Documents which identifies other police officers who were involved in the seizure and/or use of force or restraint against Plaintiff, an emotionally disturbed (Schizophrenic) person.  In the course of this seizure, Plaintiff contends he sustained multiple fractures in both legs, broken ribs, a punctured lung, and other injuries.   Plaintiff seeks to amend his Complaint to add those officers as Defendants prior to deposing them in this matter and reviewing their relevant complaint histories.

Defendants stipulate to said request by Plaintiff to file an Amended Complaint.

**B.    Changes to Case Schedule**

There are a number of compelling reasons why the parties seek changes to the Case Schedule.  None of the requested changes would affect the date and time of the Preliminary Pretrial Conference (set for November 3, 2008 at 11:00 am) or the filing date for the Preliminary Pretrial Conference Statement (set for October 24, 2008).  The reasons are as follows:

1.    Assuming the Court allows for the filing of the Amended Complaint, six (6) new police officers will be added as Defendants.  Defense counsel for the City must then go through the process of: informing the officers of the suit; seeking their permission to accept service; providing them with a letter informing them of their rights to be represented by the City with the legal ramifications and limitations relating thereto, the right to obtain outside representation at their own expense, conflicts, issues and waivers, punitive damages issues, etc.; assuming the officers authorize the City Attorney to represent them by signing the letter, the City Attorney will then meet with them and respond to the First

Stipulation & [Proposed] Order re Filing of Amended Complaint & Changes in Case Schedule        C07-0368 JW
474162

Amended Complaint.  This process usually takes approximately two to four weeks, depending on whether the officers wish to involve their police union attorneys.

2. All the depositions of the officers will then be taken by Plaintiff.  The parties also are working on a stipulated protective order to protect the parties' privacy rights in medical and/or police personnel records to be produced in advance of the officers' depositions.

3. Plaintiff's injuries from this incident are extensive and claimed to be ongoing.  Plaintiff contends he sustained multiple fractures in both legs, broken ribs, a punctured lung, and other injuries requiring 19 days of inpatient hospitalization and several months of recuperation, as well as permanent deformity in his left leg.   At Plaintiff's recent deposition, the parties agreed to the appropriateness of an Independent Medical Examination of Plaintiff.  This will take some time to accomplish and the expert deadline is rapidly approaching.

4. Plaintiff is a diagnosed paranoid schizophrenic.  The parties agree Defendants have a right to look at his psychiatric records after an initial examination of the records by Plaintiff's counsel.  Obtaining these records will also take time.  Defendants may then need to retain an expert psychiatrist or psychologist depending on the nature of the records.

5. The parties have a further Alternative Dispute Resolution phone conference on April 21, 2008.  Counsel have tentatively agreed to seek a Settlement Conference before a Magistrate.  The Settlement Conference would take place very shortly after the depositions of the remaining Defendant officers, hopefully some time before mid-June.  Since settlement is possible, the parties would rather avoid the unnecessary expense associated with the retention and preparation of experts.

6. Significantly, this case is very new.  The current Defendants did not enter an appearance until August 29, 2007, or six and one half months ago.  The parties have already engaged in written discovery and Plaintiff's deposition has been taken.

7. Finally, Plaintiff's counsel, Michael Haddad and Julia Sherwin are married, and the sole attorneys in their firm, Haddad & Sherwin. Plaintiff's counsel have a long-planned and pre-paid trip out of the country scheduled between May 15 and June 4, 2008.

For all of these reasons, the parties seek a change in the Case Schedule as follows to effectuate the orderly progress of the case and to assist in seeking a resolution of this matter:

| | **Current Date:** | **New Requested Date:** |
|---|---|---|
| Close of all discovery: | June 30, 2008 | September 12, 2008 |
| Last date for hearing dispositive motions: | September 8, 2008 | No change |
| Disclosure of expert witnesses: | April 28, 2008 | July 11, 2008 |
| Disclosure of rebuttal expert witnesses: | May 12, 2008 | July 25, 2008 |
| Motion date re objections to qualifications or testimony of experts: | June 23, 2008 | September 8, 2008 at 9:00 am (same as dispositive motion hearing date) |

IT IS SO STIPULATED:

Dated: April 10, 2008                                HADDAD & SHERWIN

                                                                    /s/
                                                    _____
                                                    MICHAEL J. HADDAD, ESQ.

                                                    Attorney for Plaintiff,
                                                    KENNETH GRASON

Dated: April 10, 2008                                RICHARD DOYLE, City Attorney

                                                    By: _____/s/_____
                                                           MICHAEL R. GROVES
                                                           Sr. Deputy City Attorney

                                                    Attorneys for Defendants,
                                                    CITY OF SAN JOSE, ROBERT DAVIS and
                                                    OFFICER VIDA

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Michael Haddad, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: April 10, 2008            By: _____ /s/ _____
                                    MICHAEL R. GROVES

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff is allowed to file a First Amended Complaint;
2. The Case Schedule is changed as follows:

|  | **Current Date:** | **New Requested Date:** |
|---|---|---|
| Close of all discovery: | June 30, 2008 | September 12, 2008 |
| Last date for hearing dispositive motions: | September 8, 2008 | No change |
| Disclosure of expert witnesses: | April 28, 2008 | July 11, 2008 |
| Disclosure of rebuttal expert witnesses: | May 12, 2008 | July 25, 2008 |
| Motion date re objections to qualifications or testimony of experts: | June 23, 2008 | The Court treats these type of motions as motions in limine. Thus, they are typically due 30 days before the date of the Final Pretrial Conference. |
| Preliminary Pretrial Conference | November 3, 2008 | **August 25, 2008 at 11 a.m.** |
| Preliminary Pretrial Conference Statements | October 24, 2008 | **August 15, 2008** |

Dated: April 25, 2008        _____ James Ware _____
                             JAMES WARE
                             United States District Judge