MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRASON, Individually,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally,<br><br>   Defendants. | Case No. C07-03687 JW<br><br>**PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL FOR ANY PURPOSE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  Please take notice, as Plaintiffs' counsel previously informed Defendants, that Plaintiffs' counsel, HADDAD & SHERWIN, will be out of the country, and unavailable for any purpose, from May 15, 2008, until June 4, 2008.

Dated:  May 10, 2008         HADDAD & SHERWIN


                 By: ___/s/_____
                 Julia Sherwin
                 Attorneys for Plaintiffs

*PROOF OF SERVICE*

(FRCivP 5 and 28 USC §1746)

Re:   Grason v. City of San Jose, et. al., Case No. C07-03687 JW

I declare that: I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 505 Seventeenth Street, Oakland, California 94612.

On May 10, 2008, I served the attached PLAINTIFFS' NOTICE OF UNAVAILABILITY OF COUNSEL by placing a true copy thereof in a sealed envelope VIA FIRST CLASS MAIL with postage thereon fully prepaid, in Oakland, California, at the following addresses:

MICHAEL J. DODSON
MICHAEL R. GROVES
NKIA RICHARDSON
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905

I declare under penalty of perjury that the foregoing is true and correct and that on the date stated above, this declaration was executed at Oakland, California.

JULIA SHERWIN