1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
3  NKIA RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
4  200 East Santa Clara Street
   San José, California  95113-1905
5  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
6  E-Mail Address:  cao.main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA,

11                    SAN JOSE DIVISION

12 | KENNETH GRASON, Individually,            Case Number:  C07-03687 JW

13 |              Plaintiff,

14 |        v.                                **STIPULATION FOR PROTECTIVE
                                              ORDER AND [PROPOSED]
15 | CITY OF SAN JOSE, a public entity, SAN   PROTECTIVE ORDER**
     JOSE CHIEF OF POLICE ROBERT
16 | DAVIS, in his individual and official
     capacities, POLICE OFFICER VIDA,
17 | #3404, individually, and DOES 1 through
     10, Jointly and Severally,
18 |
19 |              Defendants.

20

21        The parties to this action, by and through their attorneys of record, hereby stipulate

22 and agree that the Personnel, Background, Internal Affairs, Training, and other private

23 records and information disclosed during discovery in this matter shall be subject to the

24 following Protective Order:

25        1.      A party may designate confidential documents by stamping them

26 "CONFIDENTIAL" and noting that they are subject to this Protective Order in their written

27 discovery responses after the party and counsel have first made a good faith determination

28 that the information warrants protection under FRCP 26(c).

                                          1

2.    Documents designated "CONFIDENTIAL" are to be used for the purpose of this above-captioned litigation only.  Accordingly, the documents and/or their contents may only be disclosed by the receiving party on an as needed basis and may be disclosed for the purposes of this litigation only.  Confidential documents shall not be disseminated to third parties unrelated to this case and shall not be used in any other litigation, civil or criminal.  Photocopies of such documents can be made as is necessary for the litigation of this case.  However, such copies will also be subject to paragraph 4 below.  Counsel will advise persons given access to confidential documents of the confidentiality of said documents, and the requirements of this Protective Order, and shall require such persons to sign an agreement to be bound by this Protective Order before disclosing the information to them.

3.    Confidential documents used as exhibits to any motion shall be filed with the Court under seal.  Any party wishing to file under seal any document(s) designated "CONFIDENTIAL" shall comply with the provisions of Civil Local Rule 79-5.

4.    Upon the conclusion of this litigation by final judgment, dismissal, or settlement, all such confidential documents shall be returned to the producing party.

Dated:  June 12, 2008                    HADDAD & SHERWIN


                                         _____/s/_____
                                         MICHAEL J. HADDAD, ESQ.

                                         Attorneys for Plaintiff,
                                         KENNETH GRASON


Dated:  June 12, 2008                    RICHARD DOYLE, City Attorney


                                         By: _____/s/_____
                                         MICHAEL R. GROVES
                                         Sr. Deputy City Attorney

                                         Attorneys for Defendants,
                                         CITY OF SAN JOSE, ROBERT DAVIS
                                         and OFFICER VIDA

2

1       ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2       I attest that concurrence in the filing of this document by the signatories, Michael

3   Groves and Michael J. Haddad, has been obtained, and that a record of the concurrence

4   shall be maintained at the Office of the City Attorney.

5

6   Date:  June 12, 2008                          By:_____/s/_____

7                                          MICHAEL R. GROVES

8

9

10

11

12       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   Date: _____

15                              HONORABLE JAMES WARE
                           Judge of the United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Protective Order & [Proposed] Protective Order                          C07-03687 JW
486783