1  Michael J. Haddad, Attorney (#189114)
   Julia Sherwin, Attorney (#189268)
2  Haddad & Sherwin
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone Number:  (510) 452-5500
4  Facsimile Number:  (510) 452-5510
   E-Mail Address:  haddad.sherwin@sbcglobal.net
5
   Attorney for Plaintiff, KENNETH GRASON
6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
8  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
9  NKIA RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
10 200 East Santa Clara Street
   San José, California  95113-1905
11 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
12 E-Mail Address:  cao.main@sanjoseca.gov

13 Attorneys for Defendants, CITY OF SAN JOSE,
   ROBERT DAVIS, OFFICER PIERRE VIDA,
14 OFFICER RODNEY DANIELS, OFFICER STEPHEN GREENLEE,
   SERGEANT JOE HERNANDEZ, OFFICER ANTHONY LUISI,
15 and OFFICER DAVID SANTIAGO

16                   UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  KENNETH GRASON, Individually, | Case Number:  C07-03687 JW |
| 19         Plaintiff, | **JOINT PRELIMINARY PRETRIAL CONFERENCE STATEMENT AND [PROPOSED] ORDER** |
| 20         v. | |
| 21  CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, OFFICER PIERRE VIDA, OFFICER RODNEY DANIELS, OFFICER STEPHEN GREENLEE, SERGEANT JOE HERNANDEZ, OFFICER ANTHONY LUISI, and OFFICER DAVID SANTIAGO and DOES 1 through 10, Jointly and Severally, | Date:       August 25, 2008<br>Time:       11:00 a.m.<br>Courtroom: 8<br>Judge:      Hon. James Ware |
| 27         Defendants. | |

- 1 -

The parties to the above-entitled action jointly submit this Joint Preliminary Pretrial Conference Statement and Proposed Order and request the Court to adopt it as the Order in this case.

## DESCRIPTION OF THE CASE

**1.    A brief description of the events underlying the action:**

Plaintiff Kenneth Grason ("Grason") alleges that on July 14, 2006 at approximately 9:30 p.m. he was walking in the area of the San Jose International Airport.  He further alleges that at that time he was under a physician's care for schizophrenia and that he was disabled and in need of medical care and assistance.  Plaintiff further alleges that he encountered Defendant San Jose Police Officers Santiago and Hernandez who allegedly failed to use appropriate procedures and tactics in their interaction with the Plaintiff.

Plaintiff further alleges that additional San Jose Police Officers arrived to assist Santiago and Hernandez including Defendants Officer Pierre Vida, Officer Rodney Daniels, Officer Stephen Greenlee, and Officer Anthony Luisi and that all of the officers used excessive force in their interaction with him including striking is legs with batons as well as other tactics which allegedly resulted in multiple leg, rib, and other fractures, contusions and sprains.  As a result of this conduct, Plaintiff alleges that his civil rights were violated under 42 USC Section 1983.  He also asserts other federal and state causes of action against the City, its Police Chief Robert Davis, and the individual defendants.

Defendants acknowledge the interaction with Plaintiff but assert that all times appropriate police tactics and procedures were used, and that any force that was used was reasonable and appropriate under the circumstances and was necessary to overcome the aggressive actions and resistance on the part of the Plaintiff.

**2.    The principal factual issues which the parties dispute:**

A.    Whether Plaintiff actively resisted through violence towards the officers and/or ignored the directions from any of the police officers.

B.    Whether the force used by any officer was necessary and reasonable under the circumstances.

    C.    Whether officers followed appropriate and lawful procedures for handling an emotionally disturbed person in need of medical and/or psychiatric care.

    D.    Whether Plaintiff was a danger to himself under the circumstances.

    E.    The nature and extent of Plaintiff's claimed damages.

    F.    Whether Plaintiff could have been safely dealt with in a different manner.

**3. The principal legal issues which the parties dispute:**

    A.    Whether any of the Defendants violated Plaintiff's Civil Rights.

    B.    Whether any individual defendant has absolute or qualified immunity.

    C.    Whether the officers had a duty or obligation to deal with Plaintiff in a different manner.

    D.    Whether Plaintiff properly alleges a *Monell* claim against The City of San Jose.

**4. The other factual issues which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

None.

**5. The parties which have not been served and the reason:**

None.

**6. The additional parties which the below-specified parties intend to join and the intended time for such joinder:**

After some discovery Plaintiff added, by Stipulation and Order, individual San Jose Police Officers Rodney Daniels, Stephen Greenlee, Joe Hernandez, Anthony Luisi and David Santiago as Defendants. The new Defendants answered the Complaint on July 31, 2008.

**7. The following parties consent to assignment of this case to a United States Magistrate Judge for trial:**

Defendants do not consent to assignment of this case to a United States Magistrate Judge and have filed a Declination to Proceed Before a Magistrate Judge.

///

///

///

## ALTERNATIVE DISPUTE RESOLUTION

**8.** The parties, within a few days, will be filing a Stipulation and Proposed Order to allow them to utilize the services of Magistrate Judge Richard Seeborg as the settlement judge in this case. If the order is signed, the parties will then immediately contact Judge Seeborg to set up a settlement conference.

**9. Please indicate any other information regarding ADR process or deadline:**
None.

## DISCOVERY

**10**. **The parties agree to the following discovery plan:**

Because of the recent entry into the case of the additional Defendant Officers, issues surrounding the obtaining of plaintiff's psychiatric records, obtaining and meeting and conferring regarding the production of the individual defendants IA histories, training, IA investigations, etc, discovery has been delayed. The parties also wish to keep expenses and attorney time at a minimum so that settlement is made more likely. The depositions of the individual officers will occur in either late August or September. Since the experts will need to have and consider the deposition transcripts of the individual defendants before rendering their opinions, the parties propose that the following discovery dates be adopted by the Court.

  A. The parties agree that all fact discovery shall be completed by September 30, 2008.
  B. The parties agree that all expert discovery shall be completed by October 31, 2008.
  C. The parties agree that the Settlement Conference where all good faith efforts to settle the case shall be made will take place as soon as possible in October 2008, subject to the magistrate's schedule.

///
///
///

- 4 -
JOINT PRELIMINARY PRETRIAL CONFERENCE STATEMENT AND [PROPOSED] ORDER      499801
Case No. C-07-03687 JW

# TRIAL SCHEDULE

**11.    The parties request a trial date of January 26, 2009.**

**12.    The Parties expect that the trial will last for the following number of days:**

Five (5) days.

**13.    The parties request a jury trial.**


Dated:  August 14, 2008                              Respectfully submitted,


                                                     _____/S/_____
                                                         MICHAEL J. HADDAD
                                                         Attorney

                                                     Attorneys for Plaintiff, KENNETH GRASON


Dated:  August 14, 2008                              Respectfully submitted,

                                                     RICHARD DOYLE, City Attorney


                                                     By:  _____/S/_____
                                                         MICHAEL R. GROVES
                                                         Sr. Deputy City Attorney

                                                     Attorneys for Defendants,
                                                     ROBERT DAVIS, OFFICER PIERRE VIDA,
                                                     OFFICER RODNEY DANIELS, OFFICER
                                                     STEPHEN GREENLEE, SERGEANT JOE
                                                     HERNANDEZ, OFFICER ANTHONY LUISI,
                                                     and OFFICER DAVID SANTIAGO

///
///
///
///
///
///
///

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Michael J. Haddad, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: August 14, 2008                              By:_____/S/_____
                                                               MICHAEL R. GROVES

### PRELIMINARY PRETRIAL ORDER

The Preliminary Pretrial Conference Statement and Proposed Order (as specifically reflected above in paragraphs 10 and 11) is hereby adopted by the Court as the Preliminary Pretrial Order for the case and the parties are ordered to comply with this Order, in addition, the Court orders:

   A.   The time for the parties to meet and confer regarding pretrial submissions shall be _____.

   B.   The deadline for submission for pretrial materials to the Court will be _____.

   C.   The date and time for the Pretrial Conference shall be _____.

Dated: _____        _____
                                                   HONORABLE JAMES WARE
                                                   United States District Court Judge