Michael J. Haddad, Attorney (#189114)
Julia Sherwin, Attorney (#189268)
Haddad & Sherwin
505 Seventeenth Street
Oakland, California 94612
Telephone Number: (510) 452-5500
Facsimile Number: (510) 452-5510
E-Mail Address: haddad.sherwin@sbcglobal.net

Attorney for Plaintiff, KENNETH GRASON

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
NKIA RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE,
ROBERT DAVIS, OFFICER PIERRE VIDA,
OFFICER RODNEY DANIELS, OFFICER STEPHEN GREENLEE,
SERGEANT JOE HERNANDEZ, OFFICER ANTHONY LUISI,
and OFFICER DAVID SANTIAGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GRASON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, OFFICER PIERRE VIDA, OFFICER RODNEY DANIELS, OFFICER STEPHEN GREENLEE, SERGEANT JOE HERNANDEZ, OFFICER ANTHONY LUISI, and OFFICER DAVID SANTIAGO and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | Case Number: C07-03687 JW<br><br>**STIPULATION AND ORDER RE MAGISTRATE JUDGE SEEBORG FOR SETTLEMENT CONFERENCE** |

1  The parties, by and through their counsel, Michael Groves for Defendants and
2 Michael Haddad for Plaintiff, hereby stipulate to conduct a settlement conference before the
3 Honorable Magistrate Judge Richard Seeborg.  The parties seek this court's approval and
4 order regarding this since the Honorable Magistrate Judge Patricia Trumbull is assigned to
5 this case.

Dated:  August 14, 2008                              Respectfully submitted,

_____/S/_____
MICHAEL J. HADDAD
Attorney

Attorneys for Plaintiff, KENNETH GRASON

Dated:  August 14, 2008                              Respectfully submitted,

RICHARD DOYLE, City Attorney


By:  _____/S/_____
MICHAEL R. GROVES
Sr. Deputy City Attorney

Attorneys for Defendants,
ROBERT DAVIS, OFFICER PIERRE VIDA, OFFICER RODNEY DANIELS, OFFICER STEPHEN GREENLEE, SERGEANT JOE HERNANDEZ, OFFICER ANTHONY LUISI, and OFFICER DAVID SANTIAGO

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Michael J. Haddad, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: August 14, 2008         By: _____/S/_____
                                      MICHAEL R. GROVES

**ORDER**

It is so ordered.

Dated: _____     _____
                              HONORABLE JAMES WARE
                              United States District Court Judge