UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GRASON,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>             Defendants. | Case No.: C 07-3687 JW (PVT)<br><br>**INTERIM ORDER RE PARTIES PROPOSED FORM OF ORDER** |

Before the court is the parties proposed form of blanket protective order. Based on the form of order submitted,

IT IS HEREBY ORDERED that, no later than September 15, 2008 the parties shall file a revised form of protective order that:

1. Provides a procedure for designating deposition testimony and the transcript of that testimony confidential;

2. Provides a procedure for challenging another party's designation of a document;

3. Provides a procedure for notifying a designating party of any documents designated confidential by that party are subpoenaed or ordered produced in other litigation;

4. Provides a procedure for correcting inadvertent failures to designate information confidential; and

5. Clarifies that the provisions in the last sentence of Paragraph 2 do not apply to

the court or court personnel; and

6. Clarifies that the provisions of Paragraph 4 do not apply to the court or court personnel. *See* CIVIL L.R. 79-5(f).

Sample language that may be used to comply with the foregoing can be found in this court's model form of Stipulated Protective Order, copies of which are available in the Forms section of this court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or disclosed during discovery in this case.

Dated: *August 18, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*