United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRASON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY OF SAN JOSE,<br><br>        Defendant(s).<br>_____/ | No. C 07-03687 JW<br><br>CLERK'S NOTICE ADVANCING TIME FOR PRETRIAL CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Preliminary Pretrial Conference before Judge James Ware previously noticed for August 25, 2008 at 11:00 AM has been reset to **August 25, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: August 20, 2008

                                       FOR THE COURT,
                                       Richard W. Wieking, Clerk


                                 by:      /s/
                                         Elizabeth Garcia
                                         Courtroom Deputy