**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

**CIVIL MINUTES**

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   August 25, 2008 | **Court Reporter:**  Off record |
| **Case No. C-07-03687 JW** | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

**TITLE**

**Kenneth Grason v. City of San Jose et al**

**Attorney(s) for Plaintiff(s)**: Michael Haddad
**Attorney(s) for Defendant(s)**: Michael Dodson, Michael Groves

**PROCEEDINGS**

1. **Preliminary Pretrial Conference**

**ORDER AFTER HEARING**

The Court heard the Preliminary Pretrial Conference.  The Court set the following dates:

1. Final Pretrial Conference set for January 12, 2009 at 3:00 PM

2.  Jury Selection set for February 4, 2009 at 9:00 AM

3. Jury Trial Sessions
February 4, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 5, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 6, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 10, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 11, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 12, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
February 13, 2009 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM

4.  Jury Deliberations set for:
February 17, 2009 through February 19, 2009

The parties are referred to Judge Seeborg for a settlement conference.  The parties are to contact Judge Seeborg's chambers to set up a settlement conference.

The Court to issue further order following Preliminary Pretrial Conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: J Younger