1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
3  NKIA RICHARDSON, Deputy City Attorney (#193209)
   Office of the City Attorney
4  200 East Santa Clara Street
   San José, California  95113-1905
5  Phone: (408) 535-1900
   Fax:    (408) 998-3131
6  E-Mail: cao.main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS, OFFICER PIERREVIDA, OFFICER RODNEY
8  DANIELS, OFFICER STEPHEN GREENLEE, SERGEANT JOE HERNANDEZ, OFFICER
   ANTHONY LUISI, and OFFICER DAVID SANTIAGO
9
   Michael J. Haddad, Esq.
10 Julia Sherwin, Esq.
   HADDAD & SHERWIN
11 505 Seventeenth Street
   Oakland, California 94612
12 Phone:  (510) 452-5500
   Fax:    (510) 452-5510
13 E-Mail: haddad.sherwin@sbcglobal.net

14 Attorneys for Plaintiff,
   KENNETH GRASON
15

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA,

18                       SAN JOSE DIVISION

19

| | |
|---|---|
| 20  KENNETH GRASON, Individually, | Case Number:  C07-03687 JW |
| 21          Plaintiff, | |
| 22          v. | **STIPULATION TO CONTINUE TRIAL AND RELATED DATES; AND [PROPOSED] ORDER** |
| 23  CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally, | |
| 24 | Trial Date:  February 4, 2009 |
| 25 | Judge:       Hon. James Ware |
|    | Courtroom:   8 |
| 26 | |
| 27          Defendants. | |

28

1

1  The parties to this action, by and through their attorneys of record, Michael Groves
2 for Defendants and Haddad & Sherwin for Plaintiff, hereby stipulate as follows:
3  As the Court is aware, this case involves serious injuries to Plaintiff, who is a
4 diagnosed schizophrenic, associated with a San Jose Police action in 2006.  The case was
5 filed in 2007 and is currently set for trial on February 4, 2009.
6  Pursuant to an earlier Stipulation by the parties and an Order issued by this court,
7 the parties began settlement discussions with Magistrate Judge Seeborg.  As Judge
8 Seeborg detected, the primary impediment to settlement concerns the type of fracture
9 Plaintiff suffered to his lower left leg and the consequent cause of injury.  In light of this,
10 Judge Seeborg made a variety of suggestions regarding how to resolve these issues.
11  The parties have and continue to collaborate in an attempt to resolve these issues.
12 Judge Seeborg has remained involved and the parties are keeping him informed of all
13 developments.  Plaintiff will shortly submit to Defendants an expert report from orthopedic
14 traumatologist who has studied the problem.  Defendants will then submit that report as
15 well as other reports and depositions of the expert medical practitioners involved in this
16 matter to another expert who will generate a further report.
17  Due to these efforts and the desire to exhaust all possibilities for settlement through
18 Judge Seeborg instead of expending further time and funds working the case up for trial,
19 the parties, in consultation with Judge Seeborg, have stipulated to and hereby seek a
20 change in the currently scheduled trial and pretrial dates.  Expert revealing dates and
21 discovery cut-off will remain open and be dealt with by the parties by stipulation as part of
22 their collaborative effort.
23  The current trial and pretrial dates are as follows:

| | |
|---|---|
| Joint Pretrial Conference Statement, In Limine Motions, and Proposed Jury Instructions due: | December 12, 2008 |
| Final Pretrial Conference: | January 12, 2009 at 3:00 p.m. |
| Jury Selection & Trial: | February 4, 2009 at 9:00 a.m. |

The parties seek the following new schedule based on the foregoing, and taking into account counsels' current trial commitments in other matters:

| | |
|---|---|
| Joint Pretrial Conference Statement, In Limine Motions, and Proposed Jury Instructions due: | March 30, 2009 |
| Final Pretrial Conference: | April 27, 2009 at 3:00 p.m. |
| Jury Selection & Trial: | May 18, 2009 at 9:00 a.m. |

HADDAD & SHERWIN

Dated: December 11, 2008                 /s/ Michael J. Haddad
                                                             MICHAEL HADDAD
                                                             Attorney at Law

Attorney for Plaintiff,
KENNETH GRASON

Dated: December 11, 2008                 RICHARD DOYLE, City Attorney

                                                    By:  /s/ Michael R. Groves
                                                             MICHAEL R. GROVES
                                                             Sr. Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFCR. PIERRE VIDA, OFCR. RODNEY DANIELS, OFCR. STEPHEN GREENLEE, SGT. JOE HERNANDEZ, OFCR. ANTHONY LUISI, and OFCR. DAVID SANTIAGO

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Michael Haddad, has been obtained, and that a record of the concurrence shall be maintained by my office.

Date: December 11, 2008        By: /S/ Michael J. Haddad
                                                    MICHAEL J. HADDAD

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

- ☐ Joint Pretrial Conference Statement, In Limine Motions, and Proposed Jury Instructions due on March 30, 2009.
- ☐ A Final Pretrial Conference will be held on April 27, 2009 at 3:00 p.m. in Courtroom #8.
- ☐ Jury selection and trial date shall be moved to **May 19, 2009 at 9 a.m. in Courtroom #8.**

Dated: December 16, 2008

*/s/ James Ware/*
HON. JAMES WARE
United States District Court Judge