*IT IS SO ORDERED*
*Judge James Ware*

| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (#93249) |
|   | MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743) |
| 3 | MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620) |
|   | NKIA RICHARDSON, Deputy City Attorney (#193209) |

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
NKIA RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS and OFFICER VIDA

Michael J. Haddad, Esq.
Julia Sherwin, Esq.
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Phone:  (510) 452-5500
Fax:     (510) 452-5510
E-Mail:  haddad.sherwin@sbcglobal.net

Attorneys for Plaintiff,
KENNETH GRASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH GRASON, Individually, | Case Number:  C07-03687 JW |
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| CITY OF SAN JOSE, a public entity, SAN JOSE CHIEF OF POLICE ROBERT DAVIS, in his individual and official capacities, POLICE OFFICER VIDA, #3404, individually, and DOES 1 through 10, Jointly and Severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff, KENNETH GRASON, and all

1

Stipulation of Voluntary Dismissal                                    C07-03687 JW
554293

1  Defendants who have appeared in this action, through their counsel, MICHAEL J.
2  HADDAD and MICHAEL R. GROVES, as follows:
3      1.    This action was commenced on July 14, 2006.
4      2.    The action is not a class action, a receiver has not been appointed, and the
5  action is not governed by any statute of the United States that requires an
6  order of the court for dismissal.
7      3.    Pursuant to the parties' settlement of this matter, this action is hereby
8  dismissed, in its entirety, with prejudice, all parties to bear their own costs
9  and fees incurred in this action.

Date: May 4, 2009        RICHARD DOYLE, City Attorney

By: _____/s/_____
    MICHAEL R. GROVES
    Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS and
OFFICER VIDA

Date: April 30, 2009        HADDAD & SHERWIN

By: _____/s/_____
    MICHAEL J. HADDAD, ESQ.

Attorney for Plaintiff,
KENNETH GRASON

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael R. Groves and Michael J. Haddad, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: May 4, 2009        By: _____/s/_____
    MICHAEL R. GROVES